UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHRYN BORG,<br><br>            Plaintiff,<br><br>v.<br><br>JAMES J. MORGAN, Jr. and JANE DOE MORGAN, husband and wife and marital community comprised thereof,<br><br>            Defendants. | No. CV-09-00137-CI<br><br>ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AND CLOSING THE FILE |

Before the court is the parties' Rule 41(a)(1)(A)(ii) Stipulation of Dismissal with prejudice and without costs. (Ct. Rec. 18.) The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7.) Accordingly,

**IT IS ORDERED:**

1. All claims in the captioned matter are dismissed with prejudice and without costs.

2. The file of the captioned matter is **CLOSED**.

3. The District Court Executive is directed to file this Order and provide copies to counsel for the parties.

DATED February 16, 2010.


                        S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE


ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AND CLOSING THE FILE